Sacks, Appellant, *v.* J. L. Freed & Sons.

Argued September 22, 1959. Before RHODES, P. J., HIRT, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (GUNTHER, J., absent).

*Ella N. Petersen,* with her *Ralph F. Wismer,* for appellant.

*Frank R. Ambler,* for appellees.

OPINION PER CURIAM, November 11, 1959:

The order of the Court of Common Pleas of Montgomery County is affirmed on the opinion of Judge FORREST for the court below reported at 18 Pa. D. & C. 2d 717.